# INFORMATION FOR THE SECTION 341 MEETING OF CREDITORS

This Section 341 Meeting of Creditors ("Meeting") will be conducted telephonically. The telephone call in number and participant code for the Section 341 Meeting of Creditors ("Meeting") and instructions are set forth below.

**Dial-In Information**:
(1) You must use a touch-tone phone to participate.
(2) Landline preferred. If you have a choice, use a landline phone, instead of a cell phone. Do not use a speaker phone.
(3) Dial the call-in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign. Immediately place your phone on mute.
(4) Make the call from a quiet area where there is as little background noise as possible.
(5) As more than one Meeting will be held during this period, listen for your case to be called. When your case is called, unmute you phone and identify yourself.
(6) When speaking during your case, identify yourself.
(7) Do not put the phone on hold at any time after the call is connected.
(8) If any party is attending the Meeting from the same location as another party, use separate touch-tone phones to participate.
(9) Once the case Meeting is finished, hang up.
(10) If you become disconnected before your Meeting is finished, call back.

| All Chapter 11 Cases Including Cases Electing Subchapter V of Chapter 11 | | | |
|---|---|---|---|
| Presiding Trustee | Participant Code 4489529 | Conference Line – Local (toll) 517-833-3942 | Conference Line (toll free) 877-647-7210 |

| All Chapter 7 Cases | | | |
|---|---|---|---|
| Presiding Chapter 7 Trustee | Participant Code | Conference Line – Local (toll) | Conference Line (toll free) |
| Diane Carter | 2235728 | 210-453-4089 | 866-794-8448 |
| Michelle Chow | 1174871 | 517-224-3223 | 866-541-9301 |
| Chris Moser | 8700433 | 203-607-6584 | 877-934-5488 |
| Linda Payne | 6221451 | 517-268-7095 | 877-900-6448 |
| Mark Weisbart | 6422968 | 203-280-5914 | 877-491-1721 |
| Steve Zayler | 7135484 | 517-600-9814 | 866-621-9429 |

**Bankruptcy Documents:**
Debtors should have their bankruptcy documents available in the event there are questions about the information in the documents.

(Revised 05/22)