IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| WALL012, LLC | § | Case no.22-41135 -11 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

ORDER ON
APPLICATION FOR AUTHORITY
TO EMPLOY COUNSEL FOR DEBTOR

Came on this day the Application for Authority to Employ Counsel for Debtor. The Court having reviewed the pleadings and heard argument of counsel is of the opinion for the reasons set forth in open Court, that said Application should be granted. It is accordingly,

ORDERED, ADJUDGED, and DECREED that Eric A. Liepins and the law firm of Eric A. Liepins, P.C., are hereby approved as counsel of record for the Debtor effective as of September 1, 2022.