# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:
WALL012, LLC
3926 Vista Woods Drive
Carrollton , TX 75007
EIN: 82-4781226
Debtor

Case No. 22-41135 btr
Chapter: 11

## NOTICE OF MISSING DOCUMENTS AND NOTICE THAT CASE MAY BE DISMISSED IF DOCUMENTS ARE NOT FILED

Upon review of the Court's docket in the above-referenced case, the Clerk notes that the following required documents have yet to be filed with the Court. **Items listed below are due by September 15, 2022.**

Schedules
**B 202** - Declaration Under Penalty of Perjury for Non-individual Debtors
**B 206 Summary** - A Summary of Your Assets and Liabilities (non-individuals)
**B 206A/B** - Schedule A/B: Property (non-individuals)
**B 206D** - Schedule D:Creditors Who Have Claims Secured By Property (non-individuals)
**B 206E/F** - Schedule E/F:Creditors Who Have Unsecured Claims (non-individuals)
**B 206G** - Schedule G:Executory Contracts and Unexpired Leases (non-individuals)
**B 206H** - Schedule H:Your Codebtors (non-individuals)

Statements
**B 207** - Statement of Your Financial Affairs (non-individuals)

Chapter 11
**B 204** - The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders (non-individuals)

**NOTICE: Failure to timely file the required statements and schedules and to comply with the Fed. R. Bankr. P. 1007(c) and 11 U.S.C. § 521 to cure any or all of the deficiencies noted above shall subject this petition to dismissal without further notice. All forms can be found at http://www.uscourts.gov/forms/bankruptcy-forms.**

**DATED: September 2, 2022**

**JASON K. MCDONALD**
**CLERK OF THE COURT**

United States Bankruptcy Court

Eastern District of Texas

In re: Case No. 22-41135-btr

WALL012, LLC Chapter 11

Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0540-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 02, 2022 | Form ID: pdf400 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WALL012, LLC, 3926 Vista Woods Drive, Carrollton, TX 75007-2428 |
| 8178650 | | Feng Yan, #54, No 219, Gaomuqiao Road, Pudong District, Shanghai, China |
| 8178651 | + | HR Sterling, 13901 Midway Raod, Suite 102, Dallas, TX 75244-4388 |
| 8178652 | | Jiancheng Chen, Building 68 Tianzhu Jiayuan, Pinghe Rd, Suzhou, China |
| 8178653 | | Jie Feng Lu, c/o Zhang Heng, Room 503 Building 10, Yichengmingyuan, BDA, Daxing District, Beijing, China |
| 8178654 | | Jinzhe Wu, Apt 4-2-2702 Tianlinyuan Gulou West St., Nankai District Tianjin, China |
| 8178655 | | Kang Ying Mao, 11-2702 Langqin Yuan,, South shoupakou Street, Xicheng District, Beijing, China |
| 8178656 | | Kong Weiji, c/o Jiang Li EA36810291-5-401, North Dormitory, Haidian Health Bureau, Qinghe 3rd street, Haidan District, Beijing, China |
| 8178657 | + | Larry Martin, 3069 Waterside Circle, Boynton Beach, FL 33435-6401 |
| 8178658 | | Li Jiang, EA36810291-5-401, North Dormitory, Haidan Health Bureau, Qinghe 3rd Street, Haidian Distrcit, Beijing, China |
| 8178659 | | Li Ruiling, c/o Zhang Heng, Room 503, Building 10, Yichengmingyuan, BDA, Daxing District, Beijing, China |
| 8178660 | | Lui Yadan, Room 2008, Building 10, Cuiwei Xili, Wanshou Road, Haidian District, China |
| 8178661 | | Miss Gao Huaizhan Chang Zhou, Room 802, Unit Jai, Building 4, Dongpo Yajv, Tianning District, Changzhou, Jiangsu, China |
| 8178662 | | Ou Jiang, B-2508. Huarun Dasha, No 1366, Qianjiang Road, Jiaggan District, Hangzhou, China |
| 8178663 | | Pengfei Dong Baoshan, Room 801, No. 53, Lane 1859, Sanquan Road, Baoshan District, Shanghai, China |
| 8178665 | + | Vance McMurray, 508 W. Lookout Drive, Ste. 17-74, Richardson, TX 75080-2176 |
| 8178666 | | Wanjia Sun, c/o Cai Hua, E908414012-1-202, Shimao Aolin Garden No. 1, Qinglin Road, Chaoyang District, Beijing, China |
| 8178667 | | Wanwan Li, Room 501, unit 1, Building 32, Xixi Zhixing, Wuchang Jiedao Yuhang, District, Hangzhou Zhejiang China |
| 8178668 | | Weisi Wang, E2805164 Room 103, Unit 1, Building 7, Yunti Hutong, Xicheng District, Beijing, China |
| 8178669 | | Xiaoquan Dai, 12-508 Meixing Yuan, Shang Meilin, Futian District, Shenzhen, China |
| 8178670 | | Xuxinrong, c/o Kangying Mao, 11-2702, Langqin Yuan, South Shoupakou St., Xicheng District, Beijing, China |
| 8178671 | | Yan Feng, 54# No. 219 Gaomuqiao Road, Pudong District, Shanghai, China |
| 8178672 | | Yang Shu Ping, Room 702, Unit 6, Building 2,, Wulin Apartment No. 3, Miduqiao Road, Gongshu District, Hangzhou, China |
| 8178673 | | Yating Lin, c/o Lin Yaohua,, E20859729 Jiayong, Xiangang Simapu, Chaonan District, Shantou City, China |
| 8178674 | | Yi Tang, 1-3-701, Shimao Aolin, No. 1 Qinglin Rd, Beijing, China |
| 8178675 | | Yin Wen Juan, room 1501 Unit 12, Yulan Gongguan, north Rongchuang Daning, Shahghi, China |
| 8178676 | | Ying Zhang, 1-6-509, No. 9 Fangyuan Nanli, Chaoyang District, Beijing, China |
| 8178677 | | Yong Sun, c/o Cai Hua, E908414012-1-202, Shimao Aolin Garden No. 1 Qinglin Road, Chaoyang District Beijing, China |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 8178664 | + | Email/Text: smetzger@pmklaw.com | Sep 02 2022 23:15:00 | Steve Metzger, 3626 N Hall Street, Suite 800, Dallas, TX 75219-5133 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric A Liepins | on behalf of Debtor WALL012 LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 2