EOD
09/26/2022

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| WALL012, LLC | § | Case no.22-41135 -11 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

ORDER ON
APPLICATION FOR AUTHORITY
TO EMPLOY COUNSEL FOR DEBTOR

Came on this day the Application for Authority to Employ Counsel for Debtor. The Court having reviewed the pleadings and heard argument of counsel is of the opinion for the reasons set forth in open Court, that said Application should be granted. It is accordingly,

ORDERED, ADJUDGED, and DECREED that Eric A. Liepins and the law firm of Eric A. Liepins, P.C., are hereby approved as counsel of record for the Debtor effective as of September 1, 2022.

Signed on 9/26/2022

Brenda T. Rhoades MD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Eastern District of Texas

In re: Case No. 22-41135-btr
WALL012, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4 User: admin Page 1 of 2
Date Rcvd: Sep 26, 2022 Form ID: pdf400 Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WALL012, LLC, 3926 Vista Woods Drive, Carrollton, TX 75007-2428 |
| cr | | Gao Huaizhan, Chang Zhou, Room 802, Unit Jai, Building 4, Dongpo Yajv, Tianning District, Changzhou, Jiangsu, China |
| cr | + | Gao Huaizhen, c/o William A Pigg, PLLC, 10455 N Central Expressway, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | | Jiancheng Chen, Building 68 Tianzhu Jiayuan, Pinghe Rd., Suzhou, China |
| cr | | Jinzhe Wu, Apt 4-2 2702 Tianlinyuan Gulou West St., Nankai District, Tianjin, China |
| cr | | Kong Weiji, c/o Jiang Li, EA36810291-5-401 North Dormitory, Haidan Health Bureau, Qinghe 3rd Street, Haidan District, Beijing, China |
| cr | | Li Jiang, EA36810291-5-401, North Dormitory, Haidan Health Bureau, Qinghe 3rd Street, Haidan District, Beijing, China |
| cr | | Li Ruiling, c/o Heng Zhang, Building 10, Room 503, Yichengmingyuan BDA, Daxing District, Beijing, China |
| cr | | Lui Yadan, Room 2008, Building 18, Cuiwei Zili, Wanshou Road, Haidan District, China |
| cr | + | Ma Jinghui, c/o William A Pigg, PLLC, 10455 N Central Expwy, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | | Ou Jiang, B-2508 Huarun Dasha, No 1366 Qianjin Road, Jiaggan District, Hangzhou, China |
| cr | | Pengfei Dong, Baoshan Room 801, No. 53, Lane 1859, Sanquan Road, Baoshan District, Shanghai, China |
| cr | + | Qu Yi, c/o William A Pigg, PLLC, 10455 N Central Expwy, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | + | Sun Yun, c/o William A Pigg, PLLC, 10455 N Central Expwy, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | | Wanijia Sun, E908414012-1-202 Shimao Aolin Garden, No. 1, Qinglin Road, Chaoyang District, Beijing, China |
| cr | | Wanjia Sun, c/o Cai Hua, E908414012-1-202 Shimao Aolin Garden, No 1 Qinglin Road, Chaoyang District, Beijing, China |
| cr | | Wanwan Li, Room 501, Unit 1, Building 32, Xixi Zhixing, Wunchang Jiedao Yuhang District, Hangzhou Zhejiang China |
| cr | | Weisi Wang, E2805164 Room 103, Unit 1, Building 7, Yunti Hutong, Xicheng District, Beijing, China |
| cr | | Xiaoquan Dai, 12-508 Meixing Yuan, Shang Meilin, Futian District, Shenzhen, China |
| cr | | Yan Feng, 54# No. 219, Gaomuqizo Road, Pudong District, Shanghai, China |
| cr | | Yang Shu Ping, Room 702 Unit 6 Building 2, Wulin Apartment No 3 Miduqiao Road, Gongshu District, Hangzhou China |
| cr | | Yating Lin, c/o Lin Yaohua, E20859729 Jiayong, Xiangang Simapu, Chaonan District, Shantou City, China |
| cr | | Yi Tang, 1-3-701, Shimao Aolin,, No. 1 Qinglin Rd., Beijing, China |
| cr | | Yin Wen Juan, Room 1501 Unit 12, Yulan Gongguan North Rongchuang, Daning, Shahghi, China |
| cr | | Yong Sun, c/o Cai Hua,, E908414012-1-202 Shimao Aoling Garden, No. 1 Qinglin Road, Chaoyang District Beijing, China |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0540-4 User: admin 

Date Rcvd: Sep 26, 2022 Form ID: pdf400 Total Noticed: 25

Date: Sep 28, 2022 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Eric A Liepins | on behalf of Debtor WALL012 LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |
| William A Pigg | on behalf of Creditor Ma Jinghui wapigg@pigglawfirm.com |
| William A Pigg | on behalf of Creditor Qu Yi wapigg@pigglawfirm.com |
| William A Pigg | on behalf of Creditor Sun Yun wapigg@pigglawfirm.com |
| William A Pigg | on behalf of Creditor Gao Huaizhen wapigg@pigglawfirm.com |

TOTAL: 6