IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Chapter 11 |
| WALL007, LLC | § | |
| WALL009, LLC | § | Case No. 22-41049 |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | (Jointly Administered) |
| WALL017, LLC | § | |
| WALL018, LLC | § | |
| WALL019, LLC | § | |
| SEAGOVILLE FARMS, LLC | § | |
| | § | |
| Debtors. | § | |

**AGREED ORDER GRANTING**
**THE UNITED STATES TRUSTEE'S MOTION TO DISMISS**

Came on for consideration the United States Trustee's Motion to Dismiss, or for the Appointment of a Chapter 11 Trustee, or Other Relief ("U.S. Trustee's Motion") filed in the above-numbered and captioned administratively consolidated bankruptcy cases ("Cases"). The parties signing below agree to resolve the U.S. Trustee's Motion by this Agreed Order. The Court finds that the Motion was properly noticed and after consideration of the agreement of the parties evidenced by the signatures below, applicable papers, argument, and law, concludes that the Motion should be granted. Accordingly, it is hereby:

ORDERED that Cases are hereby dismissed with prejudice to re-filing under any chapter of title 11 of the United States Code for a period of 180 days of this Order; it is further

ORDERED that the debtors in the respective Cases will pay all outstanding fees owed to the U.S. Trustee not later than seven days after entry of this Order.

SO ORDERED AND ADJUDGED.

Signed on 10/01/2025

Brenda T. Rhoades SD

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

AGREED IN FORM AND SUBSTANCE:

United States Trustee Lisa Lambert

By:*/s/ Elizabeth Ziegler Young*
Elizabeth Ziegler Young
United States Department of Justice
Office of the United States Trustee
1100 Commerce St. Room 976
Dallas, Texas 75242
(214) 767-8967 x 1247
elizabeth.a.young@usdoj.gov

WALL007, LLC
WALL009, LLC
WALL010, LLC
WALL011, LLC
WALL012, LLC
WALL016, LLC
WALL017, LLC
WALL018, LLC
WALL019, LLC
SEAGOVILLE FARMS, LLC

Cortney Thomas, Receiver

By:*/s/ C. Alan Carrillo (w/permission)*
C. Alan Carrillo
Attorney for Cortney Thomas, Receiver
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
alan@brownfoxlaw.com

Dated September 26, 2025

______________________________
Judge Brenda T. Rhodes
United States Bankruptcy Judge

United States Bankruptcy Court
Eastern District of Texas

In re: Case No. 22-41135-btr
WALL012, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4 User: admin Page 1 of 2
Date Rcvd: Oct 01, 2025 Form ID: pdf400 Total Noticed: 44

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2025:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | WALL012, LLC, 3926 Vista Woods Drive, Carrollton, TX 75007-2428 |
| cr | | Gao Huaizhan, Chang Zhou, Room 802, Unit Jai, Building 4, Dongpo Yajv, Tianning District, Changzhou, Jiangsu, China |
| cr | + | Gao Huaizhen, c/o William A Pigg, PLLC, 10455 N Central Expressway, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | | Kong Weiji, c/o Jiang Li, EA36810291-5-401 North Dormitory, Haidan Health Bureau, Qinghe 3rd Street, Haidan District, Beijing, China |
| cr | | Li Jiang, EA36810291-5-401, North Dormitory, Haidan Health Bureau, Qinghe 3rd Street, Haidan District, Beijing, China |
| cr | | Li Ruiling, c/o Heng Zhang, Building 10, Room 503, Yichengmingyuan BDA, Daxing District, Beijing, China |
| cr | | Lui Yadan, Room 2008, Building 18, Cuiwei Zili, Wanshou Road, Haidan District, China |
| cr | + | Ma Jinghui, c/o William A Pigg, PLLC, 10455 N Central Expwy, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | | Ou Jiang, B-2508 Huarun Dasha, No 1366 Qianjin Road, Jiaggan District, Hangzhou, China |
| cr | + | Qu Yi, c/o William A Pigg, PLLC, 10455 N Central Expwy, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | + | Sun Yun, c/o William A Pigg, PLLC, 10455 N Central Expwy, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | | Wanijia Sun, E908414012-1-202 Shimao Aolin Garden, No. 1, Qinglin Road, Chaoyang District, Beijing, China |
| cr | | Wanwan Li, Room 501, Unit 1, Building 32, Xixi Zhixing, Wunchang Jiedao Yuhang District, Hangzhou Zhejiang China |
| cr | | Yan Feng, 54# No. 219, Gaomuqizo Road, Pudong District, Shanghai, China |
| cr | | Yong Sun, c/o Cai Hua,, E908414012-1-202 Shimao Aoling Garden, No. 1 Qinglin Road, Chaoyang District Beijing, China |
| 8178650 | | Feng Yan, #54, No 219, Gaomuqiao Road, Pudong District, Shanghai, China |
| 8185451 | + | Gao Huaizhen, c/o William A. Pigg, PLLC, 10455 N. Central Expressway, Suite 109, Dallas, Texas 75231-2215 |
| 8178651 | + | HR Sterling, 13901 Midway Raod, Suite 102, Dallas, TX 75244-4388 |
| 8178652 | | Jiancheng Chen, Building 68 Tianzhu Jiayuan, Pinghe Rd, Suzhou, China |
| 8178653 | | Jie Feng Lu, c/o Zhang Heng, Room 503 Building 10, Yichengmingyuan, BDA, Daxing District, Beijing, China |
| 8178654 | | Jinzhe Wu, Apt 4-2-2702 Tianlinyuan Gulou West St., Nankai District Tianjin, China |
| 8178655 | | Kang Ying Mao, 11-2702 Langqin Yuan,, South shoupakou Street, Xicheng District, Beijing, China |
| 8178656 | | Kong Weiji, c/o Jiang Li EA36810291-5-401, North Dormitory, Haidian Health Bureau, Qinghe 3rd street, Haidan District, Beijing, China |
| 8178657 | + | Larry Martin, 3069 Waterside Circle, Boynton Beach, FL 33435-6401 |
| 8178658 | | Li Jiang, EA36810291-5-401, North Dormitory, Haidan Health Bureau, Qinghe 3rd Street, Haidian Distrcit, Beijing, China |
| 8178659 | | Li Ruiling, c/o Zhang Heng, Room 503, Building 10, Yichengmingyuan, BDA, Daxing District, Beijing, China |
| 8178660 | | Lui Yadan, Room 2008, Building 10, Cuiwei Xili, Wanshou Road, Haidian District, China |
| 8178661 | | Miss Gao Huaizhan Chang Zhou, Room 802, Unit Jai, Building 4, Dongpo Yajv, Tianning District, Changzhou, Jiangsu, China |
| 8178662 | | Ou Jiang, B-2508. Huarun Dasha, No 1366, Qianjiang Road, Jiaggan District, Hangzhou, China |
| 8178663 | | Pengfei Dong Baoshan, Room 801, No. 53, Lane 1859, Sanquan Road, Baoshan District, Shanghai, China |
| 8178665 | + | Vance McMurray, 508 W. Lookout Drive, Ste. 17-74, Richardson, TX 75080-2176 |
| 8178666 | | Wanjia Sun, c/o Cai Hua, E908414012-1-202, Shimao Aolin Garden No. 1, Qinglin Road, Chaoyang District, Beijing, China |
| 8178667 | | Wanwan Li, Room 501, unit 1, Building 32, Xixi Zhixing, Wuchang Jiedao Yuhang, District, Hangzhou Zhejiang China |
| 8178668 | | Weisi Wang, E2805164 Room 103, Unit 1, Building 7, Yunti Hutong, Xicheng District, Beijing, China |
| 8178669 | | Xiaoquan Dai, 12-508 Meixing Yuan, Shang Meilin, Futian District, Shenzhen, China |
| 8178670 | | Xuxinrong, c/o Kangying Mao, 11-2702, Langqin Yuan, South Shoupakou St., Xicheng District, Beijing, China |
| 8178671 | | Yan Feng, 54# No. 219 Gaomuqiao Road, Pudong District, Shanghai, China |
| 8178672 | | Yang Shu Ping, Room 702, Unit 6, Building 2,, Wulin Apartment No. 3, Miduqiao Road, Gongshu District, Hangzhou, China |
| 8178673 | | Yating Lin, c/o Lin Yaohua,, E20859729 Jiayong, Xiangang Simapu, Chaonan District, Shantou City, China |
| 8178674 | | Yi Tang, 1-3-701, Shimao Aolin, No. 1 Qinglin Rd, Beijing, China |
| 8178675 | | Yin Wen Juan, room 1501 Unit 12, Yulan Gongguan, north Rongchuang Daning, Shahghi, China |
| 8178676 | | Ying Zhang, 1-6-509, No. 9 Fangyuan Nanli, Chaoyang District, Beijing, China |
| 8178677 | | Yong Sun, c/o Cai Hua, E908414012-1-202, Shimao Aolin Garden No. 1 Qinglin Road, Chaoyang District Beijing, China |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 8178664 | + | Email/Text: smetzger@pmklaw.com | Oct 02 2025 03:48:00 | Steve Metzger, 3626 N Hall Street, Suite 800, Dallas, TX 75219-5133 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Jiancheng Chen, Building 68 Tianzhu Jiayuan, Pinghe Rd., Suzhou, China |
| cr | * | Jinzhe Wu, Apt 4-2 2702 Tianlinyuan Gulou West St., Nankai District, Tianjin, China |
| cr | * | Pengfei Dong, Baoshan Room 801, No. 53, Lane 1859, Sanquan Road, Baoshan District, Shanghai, China |
| cr | * | Wanjia Sun, c/o Cai Hua, E908414012-1-202 Shimao Aolin Garden, No 1 Qinglin Road, Chaoyang District, Beijing, China |
| cr | * | Weisi Wang, E2805164 Room 103, Unit 1, Building 7, Yunti Hutong, Xicheng District, Beijing, China |
| cr | * | Xiaoquan Dai, 12-508 Meixing Yuan, Shang Meilin, Futian District, Shenzhen, China |
| cr | * | Yang Shu Ping, Room 702 Unit 6 Building 2, Wulin Apartment No 3 Miduqiao Road, Gongshu District, Hangzhou China |
| cr | * | Yating Lin, c/o Lin Yaohua, E20859729 Jiayong, Xiangang Simapu, Chaonan District, Shantou City, China |
| cr | * | Yi Tang, 1-3-701, Shimao Aolin,, No. 1 Qinglin Rd., Beijing, China |
| cr | * | Yin Wen Juan, Room 1501 Unit 12, Yulan Gongguan North Rongchuang, Daning, Shahghi, China |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric A Liepins | on behalf of Debtor WALL012 LLC liepinse@lanwt.org, griffinj@lanwt.org |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |
| William A Pigg | on behalf of Creditor Ma Jinghui wapigg@pigglawfirm.com |
| William A Pigg | on behalf of Creditor Qu Yi wapigg@pigglawfirm.com |
| William A Pigg | on behalf of Creditor Sun Yun wapigg@pigglawfirm.com |
| William A Pigg | on behalf of Creditor Gao Huaizhen wapigg@pigglawfirm.com |

TOTAL: 6